UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
HOLD BROTHERS, INC., et al.,               :
                                           :      **ORDER**
                 Plaintiffs,               :
                                           :      04 Civ. 7223 (SAS)
       - against -                         :
                                           :
HARTFORD CASUALTY INS. CO.,                :
et al.,                                    :
                 Defendants.               :
------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

There has been no activity in the above-captioned case since July 11, 2005. Furthermore, two recent telephone calls to plaintiffs' counsel from Chambers have not been returned. Therefore, under this Court's inherent power to control its own docket, this case is hereby closed. The Clerk of the Court is directed to close this case. Plaintiffs' counsel is directed to notify his adversaries of this closing.

                                      SO ORDERED:

                                      _____
                                      Shira A. Scheindlin
                                      U.S.D.J.

Dated:   New York, New York
         October 1, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07

## - Appearances -

**For Plaintiffs:**

Jeremy F. Flanagan, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000